### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **J. MICHAEL WINKLER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:20-cv-02442-JWB-TJJ |
| ) | |
| **MARS WRIGLEY CONFECTIONERY** ) | |
| **US, LLC,** ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, J. Michael Winkler and Defendant Mars Wrigley Confectionery US, LLC, by and through their respective attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the voluntarily dismissal of this action in its entirety, with prejudice, with each party to bear his/its own attorneys' fees and costs.

*(Signatures on following page)*

Respectfully submitted,

| CORNERSTONE LAW FIRM | HENSON, HUTTON, MUDRICK, GRAGSON & VOGELSBERG LLP |
|---|---|
| By: */s/ Joshua P. Wunderlich* <br> M. Katherine Paulus   KS BAR #23866 <br> m.paulus@cornerstonefirm.com <br> Joshua P. Wunderlich   D. Kan. #78506 <br> j.wunderlich@cornerstonefirm.com <br> 8350 N. St. Clair Ave., Suite 225 <br> Kansas City, MO 64151 <br> Phone:        (816) 581-4040 <br> Facsimile:   (816) 741-8889 <br><br> ATTORNEYS FOR PLAINTIFF | By: */s/ J. Phillip Gragson* <br> J. Phillip Gragson        #16103 <br> jpgragson@hensonlawoffice.com <br> 3649 SW Burlingame Road, Ste. 200 <br> Topeka, KS 66111-2155 <br> Phone:        (785) 232-2200 x 223 <br> Facsimile:   (785) 232-3344 <br><br> Thomas R. Davies     (*pro hac vice*) <br> tdavies@h-dlaw.com <br> Laura Bailey Gallagher   (*pro hac vice*) <br> lgallagher@h-dlaw.com <br> David Randle Mulrine   (*pro hac vice*) <br> dmulrine@h-dlaw.com <br> HARMON & DAVIES, P.C. <br> 2306 Columbia Ave. <br> Lancaster, PA 17603 <br> Phone:        (717) 291-2236 <br> Facsimile:   (717) 291-5739 <br><br> ATTORNEYS FOR DEFENDANT |